**MacLean Construction Company, appellant, v. United States Fidelity & Guaranty Company et al., appellees. Gen. No. 25,946.**

Action against principals and surety on a bond given for the performance of a contract to furnish sand and gravel. Set-off for sand and gravel shipped and accepted. Judgment for the penalty of the bond and for damages. Appeal by plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John R. Newcomer, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Reversed and remanded. Opinion filed November 2, 1921.

Knapp & Campbell, for appellant; John R. Cochran and Leonard Ferris Martin, of counsel. Judah, Willard, Wolf & Reichmann, for appellee United States Fidelity & Guaranty Company.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

---

**C. E. Hultquist, appellant, v. Lena Humphreys, appellee. Gen. No. 25,978.**

Action for commissions as a real estate broker. Judgment for defendant on a directed verdict. Appeal from the Municipal Court of Chicago; the Hon. William N. Gemmill, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Affirmed. Taylor, J., dissenting. Opinion filed November 2, 1921.

Monahan & Monahan, for appellant. Charles M. Haft, for appellee.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

---

**In re estate of Robert R. Street, deceased. James F. Bishop, administrator de bonis non, appellee, v. George H. Barnard, appellant. Gen. No. 26,112.**

Claim in probate court against the estate of a decedent for damages for removal of soil from certain lots. Claim disallowed. Appeal to circuit court. Judgment disallowing the claim. Appeal from the Circuit Court of Cook county; the Hon. Thomas G. Windes, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Affirmed. Opinion filed November 2, 1921.

Henry & Robinson, for appellant. Francis H. McKeever, for appellee; Harry F. Brewer, of counsel.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

---

**Excelsior Motor Manufacturing & Supply Company et al., appellees, v. Caleb Harrison et al., appellants. Gen. No. 25,574.**

Bill for injunction to restrain picketing and other strike activities. Temporary injunction issued. Petition and supplemental petition for rule to show cause. On hearing, respondents were found guilty of contempt and fines and prison terms imposed. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed November 2, 1921.

Fred C. G. Schmidt, for appellants. Dudley Taylor, for appellees.

Mr. Justice Taylor delivered the opinion of the court.